UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brent R. Wilcox et al.,

        Plaintiffs,

Case No. 14-cv-2798 RHK/FLN

v.

ORDER

State Farm Fire and Casualty Co.,

        Defendant.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated September 6, 2016. Objections have been filed to said Report and Recommendation in the time period permitted. After a de novo review of the Report and Recommendation, of the Objections thereto, and upon all the files, records and proceedings herein,

**IT IS ORDERED** that

1. The Objections (Doc. No. 85) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 82) is **ADOPTED**;

3. State Farm's Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. No. 58) is **DENIED**.

4. State Farm's Motion to Strike Class Allegations (Doc. No. 61) is **GRANTED**.

Dated: November 1, 2016

      s/ Richard H. Kyle
      RICHARD H. KYLE
      United States District Court Judge